**Page 1**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

KRISTIN ORR, Individually $

$

VS. $ NO. 3:31-CV-01530-TJC-MCR

$

CREDIT PROTECTION $

ASSOCIATION, L.P., a $

foreign limited partnership$

---------------------------------------------------

TELEPHONIC DEPOSITION OF

DIANE E. EVANS

AUGUST 27, 2014

---------------------------------------------------

ORAL ANSWERS AND DEPOSITION of the Witness, DIANE E. EVANS, who resides in Plano, Texas, in answer to questions propounded to her in the above numbered and styled cause, taken by the Plaintiff before Lisa A. Traslavina, a Certified Shorthand Reporter in and for the State of Texas, at the offices of Credit Protection Association, 13355 Noel Road, 21st Floor, Dallas, TX 75240, on the 27th day of August, A.D. 2014, between the hours of 12:58 p.m. and 2:12 p.m., pursuant to the Federal Rules of Civil Procedure.

* * * * * *

**Page 2**

APPEARANCES:

APPEARING BY TELEPHONE:

FOR THE PLAINTIFF:
BY: Mr. Bret Lusskin
ATTORNEY AT LAW
20803 Biscayne Blvd., Suite 302
Aventura, Florida 33180
(954)454-5841
(954)454-5844
blusskin@lusskinlaw.com

FOR THE DEFENDANT:
BY: Mr. Robert E. Sickles
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
(305)358-7747
(305)577-1063
rsickles@hinshawlaw.com

FACILITATOR: Ms. Palak Shah

APPEARING IN DALLAS, TEXAS:

DIANE E. EVANS,
The Witness; and
LISA A. TRASLAVINA,
Certified Shorthand Reporter in
and for the State of Texas

**Page 3**

I N D E X

PAGE

Appearances .........................................2

EXAMINATIONS
PAGE

DIANE E. EVANS
Examination By Mr. Lusskin: .....................4

EXHIBITS
NO. DESCRIPTION PAGE
1 Call log ...................................15
2 Outbound campaign ..........................30

PAGE

Changes and Signature .............................42
Reporter's Certificate ............................44

-o-O-o-

**Page 4**

DIANE E. EVANS,

having been first duly sworn, testified as follows:

EXAMINATION

BY MR. LUSSKIN:

Q. Good afternoon. Before we start, can I ask your -- get your full name. I don't seem to have your name here. Well, I mean, I do, but --

A. Diane E. Evans.

Q. Diane E. Evans. Okay. Sorry about that.

A. No problem.

Q. Good afternoon, Ms. Evans. My name is Bret Lusskin, as you heard. I represent Ms. Kristin Orr in this case. Have you ever had your deposition taken before?

A. Yes, I have.

Q. When was that, just roughly?

A. Several times over the last 30 years.

Q. Most recently, like how long ago?

A. Couple of years.

Q. Okay. Do you remember what kind of case that was?

A. Something to do with collections.

Q. Okay. Let's just press on.

I'm going to ask you some questions today. All we expect you to do is answer truthfully to the best of your knowledge. If you don't understand one of my questions, feel -- please feel free to just ask me to restate it or

1 (Pages 1 to 4)

5

1  clarify.  I'll be happy to do so, especially since we're
2  proceeding by telephone.  If you don't hear me or I cut out or
3  something, please feel free to stop me and I'll slow down.
4          The only thing we ask is that you please try to
5  answer the questions with an out loud yes or no, not a shake
6  of the head or an uh-huh or an huh-uh because, for one thing,
7  we may not be able to understand it, and two, the lovely court
8  reporter there won't be able to take down gestures or
9  statements like that, unless it's a clear yes or no.
10         Is there anything preventing you from answering
11  questions today?
12     A.  No.
13     Q.  Okay.  Any questions before I start?
14     A.  No.
15     Q.  Great.  Okay.  Just -- let's start with the general.
16  Can you give me your date of birth.
17     A.  February 26th.
18     Q.  What year?
19     A.  1959.
20     Q.  And where do you currently live?
21     A.  In Plano, Texas.
22     Q.  Texas.  Okay.  Thank you.  And where are you
23  currently employed?
24     A.  Credit Protection Association.
25     Q.  And what is your -- your job title there?

6

1     A.  EVP of operations.
2     Q.  EVP of operations?
3     A.  Yes.
4     Q.  What is -- what does that stand for, the first three
5  digits?
6     A.  Executive vice president.
7     Q.  Okay.  And as executive vice president of operations,
8  can you just generally describe your -- your job
9  responsibilities.
10     A.  Yes.  I'm over all the -- all the operations as far
11  as the call center and the strategies and all the computer
12  systems.
13     Q.  Okay.  How long have you been employed as the EVP of
14  operations at Credit Protection Association?  I'm going to
15  call it CPA going forward, just so everyone's clear.  Okay?
16     A.  Okay.
17     Q.  Can you tell me how long you've been employed as EVP
18  of operations at CPA.
19     A.  Approximately three years.
20     Q.  And what did you do before that?
21     A.  I was vice president of operations.
22     Q.  Also, at CPA?
23     A.  Yes.
24     Q.  And for how long did you -- did you hold that
25  position?

7

1     A.  15 years.
2     Q.  Thank you.
3          Did you work for CPA before that, before you
4  took that position?
5     A.  Yes, I did.
6     Q.  Okay.  How long have you been employed by CPA, just
7  over the total history?
8     A.  Almost 32 years.
9     Q.  Okay.  Thank you.  Okay.  Tell me, generally, what
10  does CPA do?
11     A.  We are a third-party collection agency.
12     Q.  What types of debts does CPA collect?
13     A.  Small balance.
14     Q.  Does it collect business debts or strictly consumer
15  debts?
16     A.  I'm sorry, I couldn't hear all that.
17     Q.  I'm sorry.  Does CPA collect business debts or
18  strictly consumer debts?
19          MR. SICKLES:  Objection to the form.
20          You can answer.
21     A.  I believe there is some business.
22     Q.  (BY MR. LUSSKIN)  Oh, so when you say "some
23  business," so it would -- am I correct in understanding that
24  it's some business and some consumer?
25     A.  It's little business and large consumer volumes.

8

1     Q.  Okay.  I see.  Let's see.  What types of methods does
2  CPA use to collect debts from consumers?
3     A.  In what time frame?
4     Q.  Let's say just within -- since 2013.
5     A.  Letters and phone calls.
6     Q.  Okay.  Anything else?  Does CPA file lawsuits?
7     A.  No.
8     Q.  So it's strict -- it's pretty much limited to letters
9  and phone calls; is that right?
10     A.  Yes, and furnishing credit information.
11     Q.  Okay.  So -- okay.  Okay.  So you mentioned earlier
12  that CPA places collection phone calls to collect consumer
13  debt; is that right?
14     A.  Yes.
15     Q.  Are you aware if CPA places any kind of automated
16  phone calls to collect debts, as you understand that word?
17     A.  Define "automated."
18     Q.  Well, let me step back.  Does -- are you familiar --
19  strike that.
20          Let me come back to it.  Are you familiar with
21  the fact of this specific case at all?
22     A.  Yes.
23     Q.  Okay.  Have you had an opportunity to review the
24  notes and other documents that were produced by CPA to the
25  plaintiff in this case previously?

2 (Pages 5 to 8)

9

1    A.  Yes.

2    Q.  Okay.  Great.  So do you know how many calls were

3  made by CPA to the telephone number (386)627-6448?

4    A.  I can find out.

5    Q.  Okay.  You don't know off the top of your head is my

6  question?

7    A.  No.

8    Q.  Okay.  We'll call it the 6448 number going forward.

9  So let me just ask some more general questions.

10        Can you tell me what kind of software CPA uses

11  for collections in terms of what the individual collection

12  agents use at their desktops.

13    A.  They use eTech, DirectPay and Dial Connection.

14    Q.  Okay.  Let's just go through those briefly.  What is

15  eTech?

16    A.  It's our collection software.

17    Q.  And what is -- what does eTech do?

18    A.  It maintains our accounts and runs them through the

19  strategies.

20    Q.  Okay.  So is eTech the software that an individual

21  collector would typically be looking at when he's reviewing a

22  consumer's account on his computer screen on a typical day of

23  work?

24    A.  One of them.

25    Q.  And the other two would be DirectPay and Dial

10

1  Connection; is that right?

2    A.  Yes.

3    Q.  Okay.  So what is DirectPay?

4    A.  It's a proprietary payment system that you can enter

5  payments and disputes.

6    Q.  So is that like a -- like an online credit card

7  processor type thing?

8    A.  Yes.

9    Q.  What types of payments does DirectPay take other than

10  credit cards?

11    A.  Check.

12    Q.  Checks, debit cards?

13    A.  Yes.

14    Q.  Is DirectPay typically the manner in which CPA will

15  accept a payment from a debtor?

16    A.  If on the phone.

17    Q.  What other means might they take -- can they --

18  strike that.

19        Can a debtor send in a check directly to CPA?

20    A.  Yes.

21    Q.  And would that be processed through DirectPay or

22  would that just go be deposited in the ordinary manner?

23    A.  Goes to a lockbox.

24    Q.  Okay.  Okay.  And what is Dial Connection?

25    A.  Our predictive dialer.

11

1    Q.  Okay.  What is a predictive dialer?

2    A.  A dialer that calls defined phone numbers and

3  utilizing an algorithm.

4    Q.  Okay.  Can you describe to me how a collector at CPA

5  uses Dial Connection to place phone calls.

6    A.  Can you re- -- I'm not understanding what you're

7  asking me.

8    Q.  I just want you to generally describe how a collector

9  working at CPA uses Dial Connection.

10    A.  When a connection is made with a live person, then

11  the collector is given a prompt to let them know what type of

12  call it is, and if the account can be located by the phone

13  number, then the screen will pop for the collector to view.

14    Q.  Okay.  I understand.  Let me -- let me just backtrack

15  a little bit.  So how many -- let's just ask this, how many

16  collectors work at CPA?

17    A.  At what time?

18    Q.  I'm sorry, like what's the -- I'm just wondering how

19  many you have total, like, let's say right now.

20    A.  66 agents.

21    Q.  Okay.  And when you say "agents," an agent is a -- is

22  a collector who makes phone calls and sends letters; is that

23  right?

24    A.  Typically, they take phone calls and they do not send

25  letters.

12

1    Q.  Okay.  So when an agent shows up to work and they

2  want to begin taking phone calls, what does that agent first

3  do on his desk with his telephone and computer?

4    A.  They log into their computer and log into their

5  phone.

6    Q.  Okay.  And when they're ready to take a call once

7  they've logged in, what happens next?

8    A.  They log into a campaign.

9    Q.  What's a campaign?

10    A.  A campaign is a set of accounts that we have the

11  predictive dialer dialing.

12    Q.  Okay.  And what happens next after the -- the agent

13  has logged into a campaign?

14    A.  They will take calls.

15    Q.  Okay.  But -- I understand when you say "take calls."

16  I want to know -- my question is more specific.  When -- once

17  an agent has logged in, what does he physically need to do to

18  take his first call?  Does he click a button, does he punch

19  numbers on his handset?

20    A.  I -- I can't answer that.

21    Q.  You --

22    A.  I don't know that.

23    Q.  Okay.  Who would know that?

24    A.  I'm sure there's a lot of people that would know, but

25  I don't.

13

1   Q.  Okay.  Okay.  Let me try to ask it a little
2   differently.  You mentioned earlier that Dial Connection is a
3   predictive dialer, correct?  I think you started to describe
4   how it works, correct?
5       A.  That was two questions.
6       Q.  I'm sorry.  You mentioned earlier that Dial
7   Connection is a predictive dialer, correct?
8       A.  Yes.
9       Q.  Can you describe to me again how the predictive
10  dialer features of Dial Connection work.  Let's just say from
11  right when you turn it on and plug it in, what's the first
12  thing it does?
13      MR. SICKLES:  Objection to the form.
14      A.  Well, it's a computer, so it doesn't do anything.  We
15  have to tell it what to do.
16      Q.  (BY MR. LUSSKIN)  Okay.  So just -- can you describe
17  to me again how it works.
18      A.  Which portion?
19      Q.  Everything, from the -- in the manner that it's used,
20  the manner it makes calls, I want to know when -- when it
21  first makes a call on a day, who tells it what to do?
22      A.  It would be set up in the system, so the system would
23  react to its setup.
24      Q.  Okay.  Who sets it up?
25      A.  You want to know a name?

14

1   Q.  Or just the person that the job -- whose job it is
2   that's responsible, the job title or whatever.
3       A.  It's our dialer manager.
4       Q.  Dialer manager.  Okay.  Do you know who that is?
5       A.  Yes.
6       Q.  What's that person's name?
7       A.  Shawn Evans.
8       Q.  Shawn Evans.  Any relation?
9       A.  Yes.
10      Q.  Okay.  When -- to the extent that you know the answer
11  to these, when Mr. Evans has set up the predictive dialer to
12  start placing calls, what does he do to set it up?
13      A.  He builds the campaigns and the imports.
14      Q.  Okay.  What does it mean to build the campaign?
15      A.  It's the criteria of what accounts need to go into
16  which campaign.
17      Q.  Okay.  And what is the import?
18      A.  It's the activity of bringing the accounts into each
19  of the campaigns, importing them into campaigns.
20      Q.  How many campaigns does the predictive dialer run on
21  an ordinary day?
22      A.  Ten approximately.
23      Q.  Okay.  And how many accounts will typically be in any
24  one of those campaigns?
25      A.  I don't know at a campaign level.

15

1   Q.  Would it be, say, more than five?
2       A.  Yes.
3       Q.  More than 10?
4       A.  Yes.
5       Q.  More than 50?
6       A.  Yes.
7       Q.  Okay.  How many accounts does CPA service right now?
8       A.  I don't know that answer.
9       Q.  Okay.  Let me move on.
10      MR. LUSSKIN:  Okay.  Lisa, can we start -- I'd
11  like you to mark two pieces of paper there, mark -- that are
12  Bates stamped DEF 11 and 12.  We'll call it Plaintiff's 1.
13      COURT REPORTER:  I'll get them.
14      MR. LUSSKIN:  Okay.
15      (Deposition Exhibit No. 1 was marked.)
16      COURT REPORTER:  Okay.  It's marked.
17      MR. LUSSKIN:  Okay.  Great.
18      Q.  (BY MR. LUSSKIN)  Ms. Evans, we're showing you what's
19  been marked as Plaintiff's Exhibit 1.  Do you recognize this
20  document?
21      A.  Yes.
22      Q.  How do you recognize it?
23      A.  I've seen it before.
24      Q.  And what is it?
25      A.  It's a call log.

16

1   Q.  Okay.  What is reflected in this call log document?
2       A.  The account reference number, the date, the time, the
3   campaign, the result code, a phone number and result notes.
4       Q.  Okay.  Is this a list of calls that were placed by
5   CPA?
6       A.  Yes.
7       Q.  So can you tell me what each of the lines on
8   this document going down represent?
9       A.  Yes.
10      Q.  What does each line represent?
11      A.  A record key, an add date, call date and time,
12  campaign ID, result code, phone number and result notes.
13      Q.  I understand you've just described the columns, but I
14  want to know what each row represents.  Is each row a phone
15  call?
16      A.  Yes.
17      Q.  Okay.  Do you know, how does -- how does this
18  document get generated?
19      A.  Through a report writer.
20      Q.  A report writer; is that a computer or a person?
21      A.  Both.
22      Q.  It's both a computer and a person?
23      A.  Yes.
24      Q.  Okay.  Can -- describe to me the process through
25  which this report was generated.

17

1    A.   A person put in the parameters and pushed a button on
2    a computer.
3         Q.   Okay.  What software was used to produce it?
4    A.   It's a report writer in Dial Connection.
5         Q.   Okay.  So it was -- it was printed from Dial
6    Connection?
7    A.   Yes.
8         Q.   Okay.  Thanks.
9              Okay.  So let's go through each column.  The
10   first column, the one at the top, that says the word
11   record_key; did I read that right?
12   A.   Yes.
13        Q.   What is reflected in the column record key?
14   A.   Our account reference number.
15        Q.   Okay.  And the next column, the one that says
16   add_date, is that the date of the phone call?
17   A.   Yes.
18        Q.   And then the next call -- the next column,
19   call date_time, that's the -- the time of the call, correct?
20   A.   Yes.
21        Q.   And moving on, campaign_ID, it's -- is that number
22   that appears underneath that heading a numerical
23   representation of the campaign?
24   A.   Yes.
25        Q.   Okay.  The next one says, result code, right?

18

1    A.   Yes.
2         Q.   What is the result code?
3    A.   The result of the call.
4         Q.   Okay.  Let's move on.  The next column, phone number,
5    is that the destination phone number that the call was placed
6    to?
7    A.   Yes.
8         Q.   Okay.  Now, last column says, results note; what is
9    that?
10   A.   It's an explanation of the result code.
11        Q.   Okay.  So is it correct that the result note is an
12   explanation of what happens in that individual phone call?
13   A.   Yes.
14        Q.   Okay.  So let's look at the first line under the
15   heading.  My reading is that it took place at -- on 4/8/2013
16   at 7:40 p.m., based upon those second and third columns; is
17   that right?
18   A.   Yes.
19        Q.   Okay.  And I'm reading the result note.  It says,
20   left message with live person, correct?
21   A.   Yes.
22        Q.   I know it may -- seems obvious, but can you tell me
23   what that means.
24   A.   It means the dialer detected that a person picked up
25   the call and we played a message.

19

1         Q.   Okay.  Can you tell me, how does -- what was the
2    message?
3    A.   No.
4         Q.   Is it because you just -- you don't know what it was?
5    A.   Correct.
6         Q.   Is there a standard message that CPA uses in that
7    situation?
8    A.   Yes.
9         Q.   And how does that go, just generally?
10   A.   It's the Foti message.
11        Q.   Okay.  So it's -- when you say "Foti," you're talking
12   about the case out of New York that is intended to comply with
13   the Fair Debt Collection Practices Act; is that right?
14   A.   Yes.
15        Q.   Okay.  So it's a -- is that a message that is placed
16   automatically by the dialer that had been recorded previously?
17   A.   Yes.
18        Q.   Okay.  Let's skip down.  The next row, the result
19   note says, no answer; is that correct?
20   A.   Yes.
21        Q.   And that, obviously, means that the dialer dialed and
22   detected that nobody answered?
23   A.   Yes.
24        Q.   Okay.  All right.  Let's skip down.  The next one,
25   the third row, result note says, left answering machine

20

1    message, correct?
2    A.   Correct.
3         Q.   Can you describe what that one means.
4    A.   The Foti message was left on an answering machine, or
5    what --
6         Q.   Okay.
7    A.   -- the dialer believed was an answering machine.
8         Q.   Okay.  Thank you.
9              All right.  Now, I would like to skip down to
10   the 11th row down, the one where the date and time is
11   8/19/2013 at 12:56 p.m.  Do you see where I'm looking?
12        Q.   Result note there says, transfer IVR message,
13   correct?
14   A.   Correct.
15        Q.   What does that mean?
16   A.   I don't know.
17        Q.   Okay.  What does IVR mean, if you know?
18   A.   Interactive Voice Response.
19        Q.   Okay.  Do you know what Interactive Voice Response is
20   or means?
21   A.   I'm sorry?
22        Q.   I'm asking if you know what Interactive Voice
23   Response is.
24   A.   Yes.

21

1    Q. Can you describe it.

2    A. Well, it's a broad range of things. I don't know

3  what it is in this case.

4    Q. Okay. Can you -- I understand you don't know what it

5  is in this case. Can you just sort of define it generally for

6  me.

7    It can be an automated message, it can be an inbound

8  payment portal, it can be a outbound payment portal, it can be

9  a right party verify, it can be a slew of things.

10   Q. Okay. Is it your understanding that IVR is an

11 automated system for prompting persons on the other side of

12 the phone call?

13   A. Sometimes.

14   Q. Okay. Let's move on.

15     Okay. Just a couple of more questions about

16 this document. Other than the last row on the second page of

17 that document, do all of the lines on this document reflect

18 calls to the 6448 number?

19   A. Yes, except for the last line.

20   Q. Right. Except -- and the last line reflects a call

21 to a different number, correct?

22   A. Yes.

23   Q. Okay. Okay. So you mentioned a moment ago when we

24 were discussing the first line on this document, that the

25 dialer left the Foti message with a live person, correct?

22

1    A. That's what it detected.

2    Q. Right. Did the dialer place this call?

3    A. Yes.

4      MR. SICKLES: Object -- objection to the form.

5    Q. (BY MR. LUSSKIN) Okay. So when you say the dialer

6  placed this call, am I correct in understanding that it -- no

7  employee of CPA actually spoke to the person at the 6448

8  number during that call?

9      MR. SICKLES: Objection to the form.

10   A. That's what it indicates.

11   Q. (BY MR. LUSSKIN) Okay. Looking at this document,

12 can you find any calls where an employee of CPA spoke to the

13 person dialed?

14   A. No.

15   Q. What would have had to happen on one of these calls

16 for the person dialed to have spoken to an agent, a live agent

17 of CPA?

18   A. Pick up the phone.

19   Q. So I'm not understanding that. In the first call, it

20 says that the dialer detected a live person, correct?

21   A. Yes.

22   Q. So can you tell me why that call was not connected to

23 an agent at CPA and instead a message was played?

24   A. It would be conjecture.

25   Q. Okay. That's fine. To your -- your best knowledge,

23

1  I just want to know what happened here.

2    A. It could have been that it was a -- an automated

3  campaign that didn't connect to a live agent.

4    Q. Okay. What is an automated campaign?

5    A. It's a campaign where we do not connect to the agent.

6    Q. And so in such a campaign, what, the dialer just

7  dials and plays messages without absolutely connecting anyone

8  to an agent?

9    A. Correct.

10   Q. And in an automated campaign, how does the dialer

11 choose which numbers to dial on a given day?

12     MR. SICKLES: Objection to the form.

13   A. The dialer doesn't choose.

14   Q. (BY MR. LUSSKIN) All right. So who chooses then?

15   A. The campaign.

16   Q. The campaign chooses? I don't -- I'm not

17 understanding. I thought the campaign is just a list of

18 accounts.

19   A. That is assigned to a schedule that is assigned to a

20 dialing campaign.

21   Q. Okay. Let me try to ask this a different way.

22 The -- is it -- what is a dialing campaign?

23   A. A set of accounts to be called.

24   Q. Okay. And a dialing campaign, how often are dialing

25 campaigns created? Is it on a daily basis?

24

1    A. Yes.

2    Q. Okay. And so is it -- am I correct in understanding

3  that each dialing campaign, the set of accounts in it are all

4  dialed over the course of a day?

5    A. More or less.

6    Q. Okay. And does this dialer dial the accounts in that

7  dialer campaign in any specific order?

8    A. The order we tell it to.

9    Q. Okay. So -- I understand that. CPA builds a --

10 strike that.

11     Tell me if I'm correct in my understanding. For

12 an automated campaign, CPA builds a dialing campaign of

13 accounts to be called and then the dialer dials them over the

14 course of the day in the order that it's been programmed to

15 dial them?

16   A. Yes.

17   Q. Okay. And so once that campaign starts, we'll say,

18 is it -- is it monitored by someone?

19   A. Yes.

20   Q. Who monitors it?

21   A. We have a queue monitor.

22   Q. Okay. And what -- what is that person's job

23 generally?

24   A. Is to make sure that the calls are being made, that

25 they -- we have enough people to handle the incoming calls, as

**25**

1  well as the live agent calls.
2      Q.  Okay.  Is the -- is the monitor we're discussing, is
3  he the person who starts the campaign at the beginning of the
4  day?
5      A.  No.
6      Q.  Who would that be?
7      A.  The schedule.
8      Q.  I'm sorry.  Did you say schedule or scheduler?
9      A.  Schedule.
10     Q.  Okay.  So do I understand that someone schedules the
11  campaign to begin, and what, then it begins automatically?
12     A.  Yes.
13     Q.  Okay.  Give me just a moment here.
14         I'd like you -- looking back at this document,
15  the 13th line, the one with the date October 16th, 2013 --
16  actually, I put this 10/16/2013 at 3:51 p.m.  Do you see where
17  I'm looking?
18     A.  Yes.
19     Q.  Skipping over to the result note, it says, answering
20  machine IVR message.  Did I read that right?
21     A.  Yes.
22     Q.  What does answering machine IVR message mean?
23     A.  It means a message was left on the answering machine,
24  the Foti --
25     Q.  Oh.

**26**

1      A.  -- Foti message.
2      Q.  It was another Foti message, like the one we
3  discussed earlier?
4      A.  Yes.
5      Q.  Like prerecorded, not -- wasn't -- it was a message
6  that was recorded in advance to comply with Foti, right?
7      A.  Correct.
8      Q.  Okay.  Okay.  I think I've only got a couple of more
9  questions about this document.  Just confirming what we said a
10  moment ago, Ms. Evans, the lines where the result note says
11  transfer IVR message, are those the only ones where you don't
12  know what the result note means?
13     A.  Yes.
14     Q.  Because all the other ones are -- as we previously
15  discussed, were self-evident, correct?
16     A.  Yes.
17     Q.  Like busy means a busy signal?
18     A.  Yes.
19     Q.  Okay.  Now, to your knowledge, did an agent hand dial
20  the 6448 number and -- to place any of these calls on this
21  list?
22     A.  Not to my knowledge.
23     Q.  Okay.  So they were all placed by the dialer?
24     A.  To the best of my knowledge.
25     Q.  Okay.  That's all I want is just the best of your

**27**

1  knowledge.
2      MR. LUSSKIN:  Okay.  So I think I'm just about
3  done with this document, everyone.  Let me just ask a couple
4  of last questions here.
5      Q.  (BY MR. LUSSKIN)  Just to sum up, Ms. Evans, based
6  upon your understanding of this document, all the calls here
7  were placed by the dialer and they were placed by someone
8  building a campaign that included this phone number and then
9  starting the dialer according to its schedule which then
10  chugged along and placed calls subject to the monitoring by a
11  monitoring employee; is that right?
12     MR. SICKLES:  Objection to the form.
13     A.  To the best of my knowledge.
14     Q.  (BY MR. LUSSKIN)  Okay.  Thank you.
15         Okay.  Give me just a moment here while I look
16  through my notes.
17         Can you tell me, who is Lisa Pearson Duan?
18     A.  Yes.
19     Q.  Who is she?
20     A.  She's, at present, vice president of client
21  operations.
22     Q.  Okay.  And what are her job responsibilities as vice
23  president of client operations?
24     A.  She's in charge of client services, client
25  programming.

**28**

1      Q.  Okay.  Are you her superior?
2      A.  No, not anymore.
3      Q.  All right.  Who's her superior?
4      A.  President.
5      Q.  Okay.  Okay.  I'm going to move on a little bit here.
6         Ms. Evans, are you familiar with the Telephone
7  Consumer Protection Act?
8      A.  Yes.
9      Q.  Do you know what it is?
10     A.  TCPA.
11     Q.  Yes, but can you describe to me what it generally
12  means.
13     A.  It regulates the dialing that can be done.
14     Q.  Okay.  When did you first learn of the TCPA?
15     A.  When it first came out.
16     Q.  Do you remember when that was, just generally?
17     A.  No.  No.
18     Q.  Was it more than five years ago?
19     A.  Seems like it.
20     Q.  Okay.  More than 10?
21     A.  Not so sure.
22     Q.  Okay.  Do you know if CPA has any policies in place
23  to avoid violations of the TCPA?
24     A.  Yes.
25     Q.  Do they have such policies?

**29**

1  A.  Yes.
2  Q.  How long have those policies been in effect?
3  A.  For as long as the TCPA's been around.
4  Q.  Okay.  Are they written policies?
5  A.  Some of them.
6  Q.  Okay.  So there are some written TCPA policies?
7  A.  Best of my knowledge.
8  Q.  Okay.  Have you seen them yourself?
9  A.  At some time.
10  Q.  Okay.  Other than this case, has CPA ever been
11  accused of violating the TCPA before?
12  A.  Possibly.
13  Q.  Possibly?  I'm sorry to be difficult, but is that a
14  yes or a no or an I don't know?
15  A.  We've been alleged, yes.
16  Q.  Okay.  Has CPA -- other than this case, has CPA ever
17  been sued for violation of the TCPA?
18  A.  Yes.
19  Q.  How many times?
20  A.  I don't know.
21  Q.  Okay.  More than one other time?
22  A.  Yes.
23  Q.  More than five other times?
24  A.  I believe so.
25  Q.  Okay.  Do you recall when the first time CPA got sued

**30**

1  for the TCPA was?
2  A.  No.
3  Q.  Was it more than a year ago?
4  A.  I believe so.
5  Q.  Okay.  A few more points.
6  MR. LUSSKIN:  Lisa, can you grab the document
7  Bates stamped DEF 001, just that one page.
8  COURT REPORTER:  Yes, I can.
9  MR. LUSSKIN:  Thank you.  Can we mark this one
10  as Plaintiff's 2.
11  (Deposition Exhibit No. 2 was marked.)
12  COURT REPORTER:  Okay.  It's marked.
13  MR. LUSSKIN:  Thank you.
14  Q.  (BY MR. LUSSKIN)  Ms. Evans, I'm showing you a
15  document that's been marked as Plaintiff's Exhibit 2.  Can you
16  take a look at it and tell me if you recognize it.
17  A.  Yes.
18  Q.  Okay.  What is it?
19  A.  It's one of our outbound campaigns.
20  Q.  When you say it's an outbound campaign, what is
21  reflected in the document?
22  A.  Transcript of prerecorded outgoing calls.
23  Q.  Okay.  So is this a transcript of -- of calls?
24  A.  To some of them.
25  Q.  Okay.  But can you -- do you know what calls these

**31**

1  are a transcript of?
2  A.  Yes.
3  Q.  Which calls?
4  A.  A right party verify.
5  Q.  But do you know who these calls were placed to or
6  from?
7  A.  That's two questions.
8  Q.  Do you know whose these calls were placed to?
9  A.  Not off the top of my head.
10  Q.  Okay.  Do you know where this document was produced
11  from?
12  A.  No.
13  Q.  No?  Do you know who created it?
14  A.  No.
15  Q.  Have you seen it before today?
16  A.  Not in this form.
17  Q.  In what form did you see it?
18  A.  Probably scribbled on a notepad when we were thinking
19  about it.
20  Q.  Okay.  Let me put it differently.  Are there
21  recordings in possession of CPA of telephone calls to or from
22  the 6448 number?
23  A.  Yes.
24  Q.  How many such recordings are there?
25  A.  I may have to rescind that.  I'm not sure.

**32**

1  Q.  Okay.  But there are -- there are some recordings
2  you're aware of?
3  A.  That's associated with this case.
4  Q.  Yeah, that's all I'm asking.
5  A.  Yes.
6  Q.  Okay.  Thank you.
7  And to your knowledge, would those recordings
8  relate to the -- to some of the calls that we looked at
9  earlier in Plaintiff's Exhibit 1?
10  A.  No.
11  Q.  No, they're different calls?
12  A.  Yes.
13  Q.  Okay.  So let me go back to Plaintiff's Exhibit 1
14  then.  Other than the calls reflected in this list of calls,
15  are there other calls that were made to the 6448 number by
16  CPA?
17  A.  I'm not sure.
18  Q.  All right.  Is there anyone who would be able to
19  provide that information other than yourself?
20  A.  Yes.
21  Q.  Who would that be?
22  A.  Well, I can provide it.  I just don't know it off the
23  top of my head.
24  Q.  Okay.  And where would you get that information from?
25  A.  Probably looking through this documentation.

8 (Pages 29 to 32)

33

1    Q.  Okay.  When you say "the documentation," which
2  documentation is that?
3    A.  Well, I haven't looked through it, so I don't know,
4  but probably in one of these things that are sent over here.
5    Q.  I'm sorry.  Can you -- can you say that again.  Can
6  you just repeat that.  One of the things we sent over there?
7    A.  That one of the things that have been sent -- sent
8  over here for the case.
9    Q.  Ms. Evans, would you be able to determine if there
10  are more calls to the 6448 number other than the ones
11  reflected in this document by consulting CPA's own internal
12  documentation?
13    A.  Yes.
14    Q.  Okay.  Now, going back to what we were talking about
15  a moment ago, in Plaintiff's Exhibit 2, the transcript of
16  prerecorded outgoing calls, let me just make sure I
17  understand.  Is it your contention that there are recordings
18  of phone calls other than the phone calls reflected in this
19  list we've looked at?
20    A.  Yes.
21    Q.  Okay.  So if there are recordings for phone calls
22  other than the ones in this list, to the 6448 number, then
23  there must be other phone calls, correct?
24    A.  Yes.
25    Q.  Okay.  Thank you.

34

1    MR. SICKLES:  Bret, do you want to -- can we go
2  off the record for a second?
3    MR. LUSSKIN:  Sure.
4    (Off-the-record discussion.)
5    MR. LUSSKIN:  We can go back on.
6    COURT REPORTER:  Okay.  I'm back on.
7    Q.  (BY MR. LUSSKIN)  Okay.  Ms. Evans, if we could just
8  turn back to Plaintiff's Exhibit 2, the one that begins with
9  the words transcript of prerecorded outgoing calls.  Can
10  you look --
11    A.  Okay.
12    Q.  -- at that for me.
13    A.  Yes.
14    Q.  Is it your understanding that this is the -- a
15  transcript of the prerecorded message that's played to a
16  person who answers a call from CPA?
17    A.  For one campaign.
18    Q.  Okay.  Is this the one that was used in the campaign
19  that called the 6448 number?
20    A.  I don't know.
21    Q.  All right.  When you -- is this something that you
22  could find out by examining the campaigns that were called?
23    A.  Yes.
24    Q.  Does looking at -- if you'll look at Plaintiff's
25  Exhibit 1, it doesn't look like there's more than maybe five

35

1  campaign numbers that were used; is that right?
2    A.  Hold on.
3    Approximately.
4    Q.  Okay.  Does CPA use other prerecorded messages other
5  than the one we see in Plaintiff's Exhibit 2?
6    A.  Not on outbound calls, except for leaving messages.
7    Q.  Okay.  So it's a different -- it's a different
8  prerecord if it's a -- if it's a message that's left?
9    A.  Yes.  And this one --
10    Q.  So --
11    A.  -- if we're leaving a message, would be consistent
12  with the other ones.
13    Q.  Okay.  So let me just make sure I understand.  The
14  prerecorded message in Plaintiff's Exhibit 2 is played when a
15  live person answers; is that right?
16    A.  Correct.
17    Q.  And then a different message is played if, for
18  example, an answering machine picks up?
19    A.  Correct.
20    Q.  Okay.  And are those the two options we would have
21  seen in the campaigns that called the 6448 number?
22    A.  I don't know, but most likely.
23    Q.  Okay.  What other messages might have been played in
24  the 6448 number calls other than those two?
25    A.  I only know of one.

36

1    Q.  One different one than the --
2    A.  No, just -- there's only one message.
3    Q.  Okay.  But in Plaintiff's 1, this two-page list of
4  calls to the 6448 number, other than the entries where the
5  result note says no answer or busy, is it -- am I correct in
6  understanding that some type of message was played in each of
7  those calls, either to an answering machine or to a live
8  person?
9    A.  Yes.
10    Q.  Okay.  And in the no answer and busy calls, the
11  dialer just detected a busy signal or an -- or a failure to
12  answer and so it didn't play any message; is that right?
13    A.  Correct.
14    Q.  All right.  Okay.  In the ones that say no answer,
15  did an agent at CPA listen -- place the call and listen for no
16  answer or did the dialer just detect that the call didn't
17  connect and then automatically hang up?
18    A.  According to this, it's the dialer.
19    Q.  Okay.  And what about the ones where it says busy,
20  it's the same thing?
21    A.  Yes.
22    Q.  Okay.  Thank you.
23    Do you know how many calls a day the predictive
24  dialer places in terms of outbound calls?
25    MR. SICKLES:  Objection to the form.

37

1    A.   On what given day?

2    Q.   (BY MR. LUSSKIN)  Let's say on -- just on average.

3    A.   Yes.

4    Q.   How many?

5    A.   Between 3 and 400,000.

6    Q.   3 and 400,000 a day --

7    A.   Yes.

8    Q.   -- on average?

9    A.   Yes.

10   Q.   So am I correct in understanding then that the dialer

11   places those calls and it only connects an agent to the call

12   if a person picks up the phone; is that how it works?

13         MR. SICKLES:  Objection to the form.

14   A.   Can you repeat that.

15   Q.   (BY MR. LUSSKIN)  Sure.

16         COURT REPORTER:  Do you want me to read it back?

17         MR. LUSSKIN:  I -- no, it's okay.

18   Q.   (BY MR. LUSSKIN)  What I'm asking is -- I'll restate.

19         So you said that the dialer places between 3 and

20   400,000 outbound calls per day on average, correct?

21         MR. SICKLES:  Objection to the form.

22   Q.   (BY MR. LUSSKIN)  I'm sorry, I didn't hear the

23   answer.

24   A.   I did.

25

38

1    Q.   Okay.  And then what -- how many of those calls are

2    actually connected to agents at CPA?

3    A.   Approximately?

4    Q.   Yes, a percentage, if you want.

5    A.   Approximately 10 percent.

6    Q.   And am I correct in understanding that calls are

7    connected to agents at CPA only when a live person answers the

8    call that's placed by the dialer?

9         MR. SICKLES:  Objection to the form.

10   A.   I'm trying to make sure I'm answering what you want.

11   Q.   (BY MR. LUSSKIN)  Okay.  Let me see if I can restate

12   it.

13         When the dialer calls one of those 3 or

14   400,000 -- places one of those 3 or 400,000 calls, how does

15   the computer system decide whether to connect the call to an

16   agent at CPA or just play a message?

17         MR. SICKLES:  Objection to the form.

18   A.   Based on the campaign.

19   Q.   (BY MR. LUSSKIN)  Okay.  So is it a setting that can

20   be set in each campaign?

21   A.   Yes.

22   Q.   So I'm -- just so I'm understanding right, in some

23   campaigns, the dialer will never connect a person to an agent

24   at CPA and will always play a message?

25   A.   Yes.

39

1    Q.   What happens in the other types of campaigns then?

2    A.   If a person answers the phone, then it's connected to

3    an agent or if a person answers the phone and says they're the

4    right person, then it connects to an agent.

5    Q.   Okay.  And when you say what -- that the person says

6    they're the right person, is that like a -- push a button,

7    press one --

8    A.   That's --

9    Q.   -- if you are so-and-so and then it connects you to

10   the agent?

11   A.   That's Exhibit 2.

12   Q.   Okay.  But my question is, that's one type of

13   campaign, correct?

14   A.   Yes.

15   Q.   Okay.  So -- just so I can sum it all up, my

16   understanding now is that there's three types of campaigns; is

17   that right?

18   A.   Correct.

19   Q.   Okay.  And those three -- one of them where the

20   dialer will automatically connect the agent to the person

21   dialed, another where the dialer will connect the person to

22   the agent if the person presses one to indicate that it's the

23   right person, and then the last type where the dialer will

24   just always play a message; did I get that right?

25   A.   Seemed to.

40

1    Q.   Okay.  Thank you.

2         And I think this is probably my last question.

3    So, as you sit here now, the list of calls in Plaintiff's

4    Exhibit 1, you can't tell off the top of your head what types

5    of campaigns were used in those calls?

6    A.   Correct.

7    Q.   But at least in, should we say, most of those calls,

8    a message was played by the dialer, correct?

9    A.   Correct.

10        MR. LUSSKIN:  Okay.  Thank you.  I don't think I

11   have any other questions, Counsel.

12        MR. SICKLES:  Okay.  I don't have any questions.

13        If this deposition is transcribed, you have the

14   right under Florida law to read the deposition and you can

15   make changes to your testimony through the execution of an

16   errata sheet or you can waive that right.

17        Generally, you just have to tell the court

18   reporter on the record whether you want to read or waive in

19   the event that it's transcribed.  It's entirely up to you

20   based on your preference.

21        THE WITNESS:  I'll read it.

22        MR. SICKLES:  Okay.

23        COURT REPORTER:  So are we transcribing?

24        MR. LUSSKIN:  Yes.  I would like a copy, Lisa.

25   Bret Lusskin.

41

1    COURT REPORTER:  Mr. Sickles, are you ordering?
2    MR. SICKLES:  I will let you know.
3    COURT REPORTER:  Okay.  Mr. Lusskin, if you'll
4  tell me the particulars of what you'd like to order.
5    MR. LUSSKIN:  Just one electronic copy would be
6  fine.
7    COURT REPORTER:  Okay.  Thank you, gentlemen.
8  I'm off the record.
9    MR. SICKLES:  Okay.
10    MR. LUSSKIN:  Thank you.
11    (Deposition concluded at 2:12 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

42

1    CHANGES AND SIGNATURE
  WITNESS NAME: DIANE E. EVANS   DATE: AUGUST 27, 2014.
2

  PAGE   LINE      CHANGE          REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19    I, DIANE E. EVANS, have read the foregoing deposition
20  and hereby affix my signature that same is true and correct,
21  except as noted above.
22
23
24    _____
25    DIANE E. EVANS

43

  THE STATE OF TEXAS  )

1  COUNTY OF _____)
2
3
4    Before me, _____, on this day
  personally appeared DIANE E. EVANS, known to me (or proved to
5  me under oath or through _____) (description or
6  identity card or other document) to be the person whose name
7  is subscribed to the foregoing instrument and acknowledged to
8  me that they executed the same for the purposes and
9  consideration therein expressed.
10
11    Given under my hand and seal of office this _____
12  day or _____, 2014.
13
14
15  _____
16    NOTARY PUBLIC IN AND FOR THE STATE OF
  TEXAS
17
18    * * * * * * * *
19
20
21
22
23
24
25

44

1    UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
2    JACKSONVILLE DIVISION
3
  KRISTIN ORR, Individually  §
4            §
  VS.          § NO. 3:31-CV-01530-TJC-MCR
5            §
  CREDIT PROTECTION    §
6  ASSOCIATION, L.P., a    §
  foreign limited partnership§
7  --------------------------------------------------------
8    CERTIFICATE FROM THE
9    TELEPHONIC DEPOSITION OF DIANE E. EVANS
10    AUGUST 27, 2014
11  --------------------------------------------------------
12    I, LISA A. TRASLAVINA, a Certified Shorthand Reporter
13  in and for the State of Texas, do hereby certify that the
14  foregoing deposition is a full, true and correct transcript;
15    That the foregoing deposition of DIANE E. EVANS, the
16  Witness hereinbefore named, was at the time named, taken by me
17  in stenograph, on August 27, 2014, the said Witness having
18  been by me first duly cautioned and sworn to tell the truth,
19  the whole truth, and nothing but the truth, and the same were
20  thereafter reduced to typewriting by me or under my direction.
21  The charge for the completed deposition is $_____ due
22  from Mr. Bret L. Lusskin (Plaintiff);
23    That the amount of time used by each party at the
24  deposition is as follows:
25  BY MR. LUSSKIN:01:01:53

11 (Pages 41 to 44)

45

1       That this deposition transcript was sent to the

2  Witness on _____ for review and signature by

3  _____, and that pursuant to the Federal

4  Rules of Civil Procedure, review and signature of the Witness

5  must be completed within 30 days of the Witness' receipt

6  thereof;

7       Certified to by me this ___ day of _____, 2014.

8

9

10      LISA A. TRASLAVINA, TX CSR 4575

11      Expiration Date:  12/31/15

     U.S. Legal Support, Inc.

     Firm Registration #343

12      5910 N. Central Expressway, Suite 100

     Dallas, Texas 75206

13      (214)741-6001

14

15

16

17

18

19

20

21

22

23

24

25

---

46

1            FURTHER CERTIFICATION

2      The original deposition transcript with corrections

3  ( ) was ( ) was not returned pursuant to the Rules, and the

4  ( ) original transcript ( ) copy of nonsignature certificate

5  to be attached to attorney's copy of the deposition was

6  _____ to the custodial attorney, Mr. Bret L.

7  Lusskin, for safekeeping and use at trial.

8      If returned, the attached Changes and Signature page

9  contains any changes and the reasons therefor;

10      That $_____ is the deposition officer's charges to

11  Mr. Bret L. Lusskin for preparing the original deposition

12  transcript and any copies of exhibits;

13      That the deposition was delivered in accordance with the

14  Rules and that a copy of this certificate was served on all

15  parties shown herein on.

16      Certified to by me this ___ day of _____, 2014.

17

18

19      LISA A. TRASLAVINA, TX CSR 4575

20      Expiration Date:  12/31/15

     U.S. Legal Support, Inc.

21      Firm Registration #343

     5910 N. Central Expressway, Suite 100

22      Dallas, Texas 75206

     (214)741-6001

23

24

25

**A**

**A.D** 1:19
**able** 5:7,8 32:18
  33:9
**absolutely** 23:7
**accept** 10:15
**account** 9:22 11:12
  16:2 17:14
**accounts** 9:18
  12:10 14:15,18
  14:23 15:7 23:18
  23:23 24:3,6,13
**accused** 29:11
**acknowledged** 43:8
**Act** 19:13 28:7
**activity** 14:18
**add** 16:11
**add_date** 17:16
**advance** 26:6
**affix** 42:20
**afternoon** 4:5,11
**agency** 7:11
**agent** 11:21 12:1,2
  12:12,17 22:16
  22:16,23 23:3,5
  23:8 25:1 26:19
  36:15 37:11
  38:16,23 39:3,4
  39:10,20,22
**agents** 9:12 11:20
  11:21 38:2,7
**ago** 4:17 21:23
  26:10 28:18 30:3
  33:15
**algorithm** 11:3
**alleged** 29:15
**amount** 44:23
**answer** 1:14 4:23
  5:5 7:20 12:20
  14:10 15:8 19:19
  36:5,10,12,14,16
  37:24
**answered** 19:22
**answering** 5:10
  19:25 20:4,7
  25:19,22,23
  35:18 36:7 38:10
**answers** 1:13 34:16
  35:15 38:7 39:2
  39:3
**anymore** 28:2
**Appearances** 2:1
  3:3
**appeared** 43:5
**APPEARING** 2:2,13
**appears** 17:22
**approximately** 6:19

**B**

**back** 8:18,20 25:14
  32:13 33:14 34:5
  34:6,8 37:16
**backtrack** 11:14
**balance** 7:13
**based** 18:16 27:5
  38:18 40:20
**basis** 23:25
**Bates** 15:12 30:7
**beginning** 25:3
**begins** 25:11 34:8
**believe** 7:21 29:24
  30:4
**believed** 20:7
**best** 4:23 22:25
  26:24,25 27:13
  29:7
**birth** 5:16
**Biscayne** 2:4
**bit** 11:15 28:5
**blusskin@lussk...**
  2:6
**Blvd** 2:4,9
**Bret** 2:3 4:11 34:1
  40:25 44:22 46:6
  46:11
**briefly** 9:14
**bringing** 14:18
**broad** 21:2
**build** 14:14
**building** 27:8
**builds** 14:13 24:9
  24:12

**asking** 11:7 20:23
  32:4 37:18
**assigned** 23:19,19
**associated** 32:3
**Association** 1:6,18
  5:24 6:14 44:6
**attached** 46:5,8
**attorney** 2:4 46:6
**attorney's** 46:5
**August** 1:10,19
  42:1 44:10,17
**automated** 8:15,17
  21:7,11 23:2,4
  23:10 24:12
**automatically**
  19:16 25:11
  36:17 39:20
**Aventura** 2:5
**average** 37:2,8,20
**avoid** 28:23
**aware** 8:15 32:2

**14:22** 35:3 38:3
  38:5

**business** 7:14,17
  7:21,23,24,25
**busy** 26:17,17 36:5
  36:10,11,19
**button** 12:18 17:1
  39:6

**C**

**call** 3:10 6:11,15
  9:8 11:12 12:6
  12:18 13:21
  15:12,25 16:1,11
  16:15 17:16,18
  17:19,19 18:3,5
  18:12,25 21:12
  21:20 22:2,6,8
  22:19,22 34:16
  36:15,16 37:11
  38:8,15
**called** 23:23 24:13
  34:19,22 35:21
**calls** 8:5,9,12,16
  9:2 11:2,5,22,24
  12:2,14,15 13:20
  14:12 16:4 21:18
  22:12,15 24:24
  24:25 25:1 26:20
  27:6,10 30:22,23
  30:25 31:3,5,8
  31:21 32:8,11,14
  32:14,15 33:10
  33:16,18,18,21
  33:23 34:9 35:6
  35:24 36:4,7,10
  36:23,24 37:11
  37:20 38:1,6,13
  38:14 40:3,5,7
**campaign** 3:10 12:8
  12:9,10,13 14:14
  14:16,25 16:3,12
  17:23 23:3,4,5,6
  23:10,15,16,17
  23:20,22,24 24:3
  24:7,12,12,17
  25:3,11 27:8
  30:20 34:17,18
  35:1 38:18,20
  39:13
**campaign_ID** 17:21
**campaigns** 14:13,19
  14:19,20,24
  23:25 30:19
  34:22 35:21
  38:23 39:1,16
  40:5
**card** 10:6 43:7
**cards** 10:10,12
**case** 4:12,19 8:21

**business** 7:14,17

**8:25** 19:12 21:3
  21:5 29:10,16
  32:3 33:8
**cause** 1:15
**cautioned** 44:18
**center** 6:11
**Central** 45:12
  46:21
**certificate** 3:13
  44:8 46:4,14
**CERTIFICATION** 46:1
**Certified** 1:16
  2:16 44:12 45:7
  46:16
**certify** 44:13
**CHANGE** 42:3
**changes** 3:13 40:15
  42:1 46:8,9
**charge** 27:24 44:21
**charges** 46:10
**check** 10:11,19
**Checks** 10:12
**choose** 23:11,13
**chooses** 23:14,16
**chugged** 27:10
**Civil** 1:21 45:4
**clarify** 5:1
**clear** 5:9 6:15
**click** 12:18
**client** 27:20,23,24
  27:24
**code** 16:3,12 17:25
  18:2,10
**collect** 7:12,14,17
  8:2,12,16
**collection** 7:11
  8:12 9:11,16
  19:13
**collections** 4:20
  9:11
**collector** 9:21
  11:4,8,11,13,22
**collectors** 11:16
**column** 17:9,10,13
  17:15,18 18:4,8
**columns** 16:13
  18:16
**come** 8:20
**completed** 44:21
  45:5
**comply** 19:12 26:6
**computer** 6:11 9:22
  12:3,4 13:14
  16:20,22 17:2
  38:15
**concluded** 41:11
**confirming** 26:9
**conjecture** 22:24

**connect** 23:3,5
36:17 38:15,23
39:20,21
**connected** 22:22
38:2,7 39:2
**connecting** 23:7
**connection** 9:13
10:1,24 11:5,9
11:10 13:2,7,10
17:4,6
**connects** 37:11
39:4,9
**consideration**
43:10
**consistent** 35:11
**consulting** 33:11
**consumer** 7:14,18
7:24,25 8:12
28:7
**consumer's** 9:22
**consumers** 8:2
**contains** 46:9
**contention** 33:17
**copies** 46:12
**copy** 40:24 41:5
46:4,5,14
**Coral** 2:10
**correct** 7:23 13:3
13:4,7 17:19
18:11,20 19:5,19
20:1,2,14,15
21:21,25 22:6,20
23:9 24:2,11
26:7,15 33:23
35:16,19 36:5,13
37:10,20 38:6
39:13,18 40:6,8
40:9 42:20 44:14
**corrections** 46:2
**Counsel** 40:11
**COUNTY** 43:2
**couple** 4:18 21:15
26:8 27:3
**course** 24:4,14
**court** 1:1 5:7
15:13,16 30:8,12
34:6 37:16 40:17
40:23 41:1,3,7
44:1
**CPA** 6:15,18,22 7:3
7:6,10,12,17 8:2
8:6,12,15,24 9:3
9:10 10:14,19
11:4,9,16 15:7
16:5 19:6 22:7
22:12,17,23 24:9
24:12 28:22
29:10,16,16,25

31:21 32:16
34:16 35:4 36:15
36:22,7,7,16,24
**CPA's** 33:11
**created** 23:25
31:13
**credit** 1:5,18 5:24
6:14 8:10 10:6
10:10 44:5
**criteria** 14:15
**CSR** 46:16 46:19
**CULBERTSON** 2:9
**currently** 5:20,23
**custodial** 46:6
**cut** 5:2

---

**D**

**D** 3:1
**daily** 23:25
**Dallas** 1:19 2:13
45:12 46:22
**date** 5:16 16:2,11
16:11 17:16
20:10 25:15 42:1
45:10 46:20
**date_time** 17:19
**day** 1:19 9:22
13:21 14:21
23:11 24:4,14
25:4 36:23 37:1
37:6,20 43:4,12
45:7 46:16
**days** 45:5
**de** 2:9
**debit** 10:12
**debt** 8:13 19:13
**debtor** 10:15,19
**debts** 7:12,14,15
7:17,18 8:2,16
**decide** 38:15
**DEF** 15:12 30:7
**DEFENDANT** 2:8
**define** 8:17 21:5
**defined** 11:2
**delivered** 46:13
**deposited** 10:22
**deposition** 1:8,13
4:13 15:15 30:11
40:13,14 41:11
42:19 44:9,14,15
44:21,24 45:1
46:2,5,10,11,13
**describe** 6:8 11:4
11:8 13:3,9,16
16:24 20:3 21:1
28:11
**described** 16:13
**description** 3:9

43:6
**desk** 12:3
**desktops** 9:12
**destination** 18:5
**detect** 36:16
**detected** 18:24
19:22 22:1,20
36:11
**determine** 33:9
**dial** 9:13,25 10:24
11:5,9 13:2,6,10
17:4,5 23:11
24:6,15 26:19
**dialed** 19:21 22:13
22:16 24:4 39:21
**dialer** 10:25 11:1
11:2 12:11 13:3
13:7,10 14:3,4
14:11,20 18:24
19:16,21 20:7
21:25 22:2,5,20
23:6,10,13 24:6
24:7,13 26:23
27:7,9 36:11,16
36:18,24 37:10
37:19 38:8,13,23
39:20,21,23 40:8
**dialing** 12:11
23:20,22,24,24
24:3,12 28:13
**dials** 23:7 24:13
**Diane** 1:9,13 2:14
3:6 4:1,8,9 42:1
42:19,24 43:5
44:9,15
**different** 21:21
23:21 32:11 35:7
35:7,17 36:1
**differently** 13:2
31:20
**difficult** 29:13
**digits** 6:5
**direction** 44:20
**directly** 10:19
**DirectPay** 9:13,25
10:3,9,14,21
**discussed** 26:3,15
**discussing** 21:24
25:2
**discussion** 34:4
**disputes** 10:5
**DISTRICT** 1:1,1
44:1,1
**DIVISION** 1:2 44:2
**document** 15:20
16:1,8,18 21:16
21:17,17,24
22:11 25:14 26:9

27:3,6 30:6,15
30:21 31:10
33:11 43:7
**documentation**
32:25 33:1,2,12
**documents** 8:24
**Duan** 27:17
**due** 44:21
**duly** 4:2 44:18

---

**E**

**E** 1:9,13 2:8,14
3:1,6 4:1,8,9
42:1,19,24 43:5
44:9,15
**earlier** 8:11 13:2
13:6 26:3 32:9
**effect** 29:2
**either** 36:7
**electronic** 41:5
**employed** 5:23 6:13
6:17 7:6
**employee** 22:7,12
27:11
**enter** 10:4
**entirely** 40:19
**entries** 36:4
**errata** 40:16
**especially** 5:1
**eTech** 9:13,15,17
9:20
**Evans** 1:9,14 2:14
3:6 4:1,8,9,11
14:7,8,11 15:18
26:10 27:5 28:6
30:14 33:9 34:7
42:1,19,24 43:5
44:9,15
**event** 40:19
**everyone's** 6:15
**EVP** 6:1,2,13,17
**Examination** 3:6
4:3
**EXAMINATIONS** 3:4
**examining** 34:22
**example** 35:18
**executed** 43:9
**execution** 40:15
**executive** 6:6,7
**Exhibit** 15:15,19
30:11,15 32:9,13
33:15 34:8,25
35:5,14 39:11
40:4
**exhibits** 3:8 46:12
**expect** 4:23
**Expiration** 45:10
46:20

**explanation** 18:10
   18:12
**expressed** 43:10
**Expressway** 45:12
   46:21
**extent** 14:10

**F**

**FACILITATOR** 2:12
**fact** 8:21
**failure** 36:11
**Fair** 19:13
**familiar** 8:18,20
   28:6
**far** 6:10
**features** 13:10
**February** 5:17
**Federal** 1:21 45:3
**feel** 4:25,25 5:3
**file** 8:6
**find** 9:4 22:12
   34:22
**fine** 22:25 41:6
**Firm** 45:11 46:21
**first** 4:2 6:4 12:2
   12:18 13:11,21
   17:10 18:14
   21:24 22:19
   28:14,15 29:25
   44:18
**five** 15:1 28:18
   29:23 34:25
**FL** 2:10
**Floor** 1:19 2:9
**Florida** 1:1 2:5
   40:14 44:1
**follows** 4:2 44:24
**foregoing** 42:19
   43:8 44:14,15
**foreign** 1:6 44:6
**form** 7:19 13:13
   22:4,9 23:12
   27:12 31:16,17
   36:25 37:13,22
   38:9,17
**forward** 6:15 9:8
**Foti** 19:10,11 20:4
   21:25 25:24 26:1
   26:2,6
**frame** 8:3
**free** 4:25 5:3
**full** 4:6 44:14
**furnishing** 8:10
**FURTHER** 46:1

**G**

**Gables** 2:10
**general** 5:15 9:9

**generally** 6:8 7:9
   11:8 19:9 21:5
   24:23 28:11,16
   40:17
**generated** 16:18,25
**gentlemen** 41:7
**gestures** 5:8
**give** 5:16 25:13
   27:15
**given** 11:11 23:11
   37:1 43:11
**go** 9:14 10:22
   14:15 17:9 19:9
   32:13 34:1,5
**Goes** 10:23
**going** 4:22 6:14,15
   9:8 16:8 28:5
   33:14
**Good** 4:5,11
**grab** 30:6
**Great** 5:15 9:2
   15:17

**H**

**hand** 26:19 43:11
**handle** 24:25
**handset** 12:19
**hang** 36:17
**happen** 22:15
**happened** 23:1
**happens** 12:7,12
   18:12 39:1
**happy** 5:1
**head** 5:6 9:5 31:9
   32:23 40:4
**heading** 17:22
   18:15
**hear** 5:2 7:16
   37:23
**heard** 4:12
**hereinbefore** 44:16
**HINSHAW** 2:9
**history** 7:7
**hold** 6:24 35:2
**hours** 1:20
**huh-uh** 5:6

**I**

**ID** 16:12
**identity** 43:7
**import** 14:17
**importing** 14:19
**imports** 14:13
**inbound** 21:7
**included** 27:8
**incoming** 24:25
**indicate** 39:22
**indicates** 22:10

**individual** 9:11,20
   18:12
**Individually** 1:3
   44:3
**information** 8:10
   32:19,24
**instrument** 43:8
**intended** 19:12
**Interactive** 20:19
   20:20,23
**internal** 33:11
**IVR** 20:13,18 21:10
   25:20,22 26:11

**J**

**JACKSONVILLE** 1:2
   44:2
**job** 5:25 6:8 14:1
   14:1,2 24:22
   27:22

**K**

**key** 16:11 17:13
**kind** 4:19 8:15
   9:10
**know** 9:2,5 11:11
   12:16,22,23,24
   13:20,25 14:4,10
   14:25 15:8 16:14
   16:17 18:22 19:4
   20:17,18,20,23
   21:2,4 23:1
   26:12 28:9,22
   29:14,20 30:25
   31:5,8,10,13
   32:22 33:3 34:20
   35:22,25 36:23
   41:2
**knowledge** 4:24
   22:25 26:19,22
   26:24 27:1,13
   29:7 32:7
**known** 43:5
**Kristin** 1:3 4:12
   44:3

**L**

**L** 44:22 46:6,11
**L.P** 1:6 44:6
**large** 7:25
**law** 2:4 40:14
**lawsuits** 8:6
**learn** 28:14
**leaving** 35:6,11
**left** 18:20 19:25
   20:4 21:25 25:23
   35:8
**Legal** 45:11 46:20

**Leon** 2:9
**let's** 4:21 5:15
   8:1,4 9:14 11:15
   11:19 13:10 17:9
   18:4,14 19:18,24
   21:14 37:2
**letters** 8:5,8
   11:22,25
**level** 14:25
**limited** 1:6 8:8
   44:6
**line** 16:10 18:14
   21:19,20,24
   25:15 42:3
**lines** 16:7 21:17
   26:10
**Lisa** 1:16 2:16
   15:10 27:17 30:6
   40:24 44:12
   45:10 46:19
**list** 16:4 23:17
   26:21 32:14
   33:19,22 36:3
   40:3
**listen** 36:15,15
**little** 7:25 11:15
   13:1 28:5
**live** 5:20 11:10
   18:20 21:25
   22:16,20 23:3
   25:1 35:15 36:7
   38:7
**LLP** 2:9
**located** 11:12
**lockbox** 10:23
**log** 3:10 12:4,4,8
   15:25 16:1
**logged** 12:7,13,17
**long** 4:17 6:13,17
   6:24 7:6 29:2,3
**look** 18:14 27:15
   30:16 34:10,24
   34:25
**looked** 32:8 33:3
   33:19
**looking** 9:21 20:11
   22:11 25:14,17
   32:25 34:24
**lot** 12:24
**loud** 5:5
**lovely** 5:7
**Lusskin** 2:3 3:6
   4:4,11 7:22
   13:16 15:10,14
   15:17,18 22:5,11
   23:14 27:2,5,14
   30:6,9,13,14
   34:3,5,7 37:2,15

37:17,18,23
38:11,19 40:10
40:24,25 41:3,5
41:10 44:22 46:7
46:11
**LUSSKIN:01:01:53**
44:25

**M**

**machine** 19:25 20:4
20:7 25:20,22,23
35:18 36:7
**maintains** 9:18
**manager** 14:3,4
**manner** 10:14,22
13:19,20
**mark** 15:11,11 30:9
**marked** 15:15,16,19
30:11,12,15
**mean** 4:7 14:14
20:16,18 25:22
**means** 10:17 18:23
18:24 19:21 20:3
20:21 25:23
26:12,17 28:12
**mentioned** 8:11
13:2,6 21:23
**message** 18:20,25
19:2,6,10,15
20:1,4,13 21:7
21:25 22:23
25:20,22,23 26:1
26:2,5,11 34:15
35:8,11,14,17
36:2,6,12 38:16
38:24 39:24 40:8
**messages** 23:7 35:4
35:6,23
**methods** 8:1
**MIDDLE** 1:1 44:1
**moment** 21:23 25:13
26:10 27:15
33:15
**monitor** 24:21 25:2
**monitored** 24:18
**monitoring** 27:10
27:11
**monitors** 24:20
**move** 15:9 18:4
21:14 28:5
**moving** 17:21

**N**

**N** 3:1 45:12 46:21
**name** 4:6,6,11
13:25 14:6 42:1
43:7
**named** 44:16,16

**need** 12:17 14:15
**never** 38:23
**New** 19:12
**Noel** 1:18
**nonsignature** 46:4
**NOTARY** 43:15
**note** 18:8,11,19
19:19,25 20:13
25:19 26:10,12
36:5
**noted** 42:21
**notepad** 31:18
**notes** 8:24 16:3,12
27:16
**number** 9:3,8 11:13
16:2,3,12 17:14
17:21 18:4,5
21:18,21 22:8
26:20 27:8 31:22
32:15 33:10,22
34:19 35:21,24
36:4
**numbered** 1:15
**numbers** 11:2 12:19
23:11 35:1
**numerical** 17:22

**O**

**o-O-o-** 3:15
**oath** 43:6
**Object** 22:4
**objection** 7:19
13:13 22:4,9
23:12 27:12
36:25 37:13,22
38:9,17
**obvious** 18:22
**obviously** 19:21
**October** 25:15
**Off-the-record**
34:4
**office** 43:11
**officer's** 46:10
**offices** 1:18
**Oh** 7:22 25:25
**okay** 4:9,19,21
5:13,15,22 6:7
6:13,15,16 7:2,6
7:9,9 8:1,6,11
8:11,11,23 9:2,5
9:8,14,20 10:3
10:24,24 11:1,4
11:14,21 12:1,6
12:12,15,23 13:1
13:1,16,24 14:4
14:10,14,17,23
15:7,9,10,14,16
15:17 16:1,4,7

16:17,24 17:3,5
17:8,9,15,25
18:4,8,11,14,19
19:1,11,15,18,24
20:6,8,18,20
21:4,10,14,15,23
21:23 22:5,11,25
23:4,21,24 24:2
24:6,9,17,22
25:2,10,13 26:8
26:8,19,23,25
27:2,14,15,22
28:1,5,5,14,20
28:22 29:4,6,8
29:10,16,21,25
30:5,12,18,23,25
31:10,20 32:1,6
32:13,24 33:1,14
33:21,25 34:6,7
34:11,18 35:4,7
35:13,20,23 36:3
36:10,14,19,22
37:17 38:1,11,19
39:5,12,15,19
40:1,10,12,22
41:3,7,9
**once** 12:6,16 24:17
**ones** 26:11,14
33:10,22 35:12
36:14,19
**online** 10:6
**operations** 6:1,2,7
6:10,14,18,21
27:21,23
**opportunity** 8:23
**options** 35:20
**ORAL** 1:13
**order** 24:7,8,14
41:4
**ordering** 41:1
**ordinary** 10:22
14:21
**original** 46:2,4,11
**Orr** 1:3 4:12 44:3
**outbound** 3:10 21:8
30:19,20 35:6
36:24 37:20
**outgoing** 30:22
33:16 34:9

**P**

**p.m** 1:20,20 18:16
20:11 25:16
41:11
**page** 3:2,5,9,12
21:16 30:7 42:3
46:8
**Palak** 2:12

**paper** 15:11
**parameters** 17:1
**particulars** 41:4
**parties** 46:15
**partnership** 1:6
44:6
**party** 21:9 31:4
44:23
**payment** 10:4,15
21:8,8
**payments** 10:5,9
**Pearson** 27:17
**people** 12:24 24:25
**percent** 38:5
**percentage** 38:4
**person** 11:10 14:1
16:20,22 17:1
18:20,24 21:25
22:7,13,16,20
25:3 34:16 35:15
36:8 37:12 38:7
38:23 39:2,3,4,5
39:6,20,21,22,23
43:7
**person's** 14:6
24:22
**personally** 43:5
**persons** 21:11
**phone** 8:5,9,12,16
10:16 11:2,5,12
11:22,24 12:2,5
16:3,12,14 17:16
18:4,5,12 21:12
22:18 27:8 33:18
33:18,21,23
37:12 39:2,3
**physically** 12:17
**Pick** 22:18
**picked** 18:24
**picks** 35:18 37:12
**pieces** 15:11
**place** 11:5 18:15
22:2 26:20 28:22
36:15
**placed** 16:4 18:5
19:15 22:6 26:23
27:7,7,10 31:5,8
38:8
**places** 8:12,15
36:24 37:11,19
38:14
**placing** 14:12
**plaintiff** 1:16 2:3
8:25 44:22
**Plaintiff's** 15:12
15:19 30:10,15
32:9,13 33:15
34:8,24 35:5,14

36:3 40:3
**Plano** 1:14 5:21
**play** 36:12 38:16
38:24 39:24
**played** 18:25 22:23
34:15 35:14,17
35:23 36:6 40:8
**plays** 23:7
**please** 4:25 5:3,4
**plug** 13:11
**points** 30:5
**policies** 28:22,25
29:2,4,6
**Ponce** 2:9
**pop** 11:13
**portal** 21:8,8
**portion** 13:18
**position** 6:25 7:4
**possession** 31:21
**Possibly** 29:12,13
**Practices** 19:13
**predictive** 10:25
11:1 12:11 13:23
13:7,9 14:11,20
36:23
**preference** 40:20
**preparing** 46:11
**prerecord** 35:8
**prerecorded** 26:5
30:22 33:16 34:9
34:15 35:4,14
**present** 27:20
**president** 6:6,7,21
27:20,23 28:4
**press** 4:21 39:7
**presses** 39:22
**pretty** 8:8
**preventing** 5:10
**previously** 8:25
19:16 26:14
**printed** 17:5
**probably** 31:18
32:25 33:4 40:2
**problem** 4:10
**Procedure** 1:21
45:4
**proceeding** 5:2
**process** 16:24
**processed** 10:21
**processor** 10:7
**produce** 17:3
**produced** 8:24
31:10
**programmed** 24:14
**programming** 27:25
**prompt** 11:11
**prompting** 21:11
**propounded** 1:15

**proprietary** 10:4
**Protection** 1:5,18
5:24 6:14 28:7
44:5
**proved** 43:5
**provide** 32:19,22
**PUBLIC** 43:15
**punch** 12:18
**purposes** 43:9
**pursuant** 1:20 45:3
46:3
**push** 39:6
**pushed** 17:1
**put** 17:1 25:16
31:20

_____

**Q**
**question** 9:6 12:16
39:12 40:2
**questions** 1:14
4:22,24 5:5,11
5:13 9:9 13:5
21:15 26:9 27:4
31:7 40:11,12
**queue** 24:21

_____

**R**
**range** 21:2
**re-** 11:6
**react** 13:23
**read** 17:11 25:20
37:16 40:14,18
40:21 42:19
**reading** 18:15,19
**ready** 12:6
**REASON** 42:3
**reasons** 46:9
**recall** 29:25
**receipt** 45:5
**recognize** 15:19,22
30:16
**record** 16:11 17:13
34:2 40:18 41:8
**record_key** 17:11
**recorded** 19:16
26:6
**recordings** 31:21
31:24 32:1,7
33:17,21
**reduced** 44:20
**reference** 16:2
17:14
**reflect** 21:17
**reflected** 16:1
17:13 30:21
32:14 33:11,18
**reflects** 21:20
**Registration** 45:11

46:21
**regulates** 28:13
**relate** 32:8
**relation** 14:8
**remember** 4:19
28:16
**repeat** 33:6 37:14
**report** 16:19,20,25
17:4
**reporter** 1:17 2:16
5:8 15:13,16
30:8,12 34:6
37:16 40:18,23
41:1,3,7 44:12
**Reporter's** 3:13
**represent** 4:12
16:8,10
**representation**
17:23
**represents** 16:14
**rescind** 31:25
**resides** 1:14
**Response** 20:19,20
20:24
**responsibilities**
6:9 27:22
**responsible** 14:2
**restate** 4:25 37:18
38:11
**result** 16:3,3,12
16:12 17:25 18:2
18:3,10,11,19
19:18,25 20:13
25:19 26:10,12
36:5
**results** 18:8
**returned** 46:3,8
**review** 8:23 45:2,4
**reviewing** 9:21
**right** 8:9,13 10:1
11:19,23 13:11
15:7 17:11,25
18:17 19:13,24
20:9 21:9,20
22:2 23:14 25:20
26:6 27:11 28:3
31:4 32:18 34:21
35:1,15 36:12,14
38:22 39:4,6,17
39:23,24 40:14
40:16
**Road** 1:18
**Robert** 2:8
**roughly** 4:15
**row** 16:14,14 19:18
19:25 20:10
21:16
**rsickles@hinsh...**

2:11
**Rules** 1:21 45:4
46:3,14
**run** 14:20
**runs** 9:18

_____

**S**
**safekeeping** 46:7
**says** 17:10,15,25
18:8,19 19:19,25
20:13 22:20
25:19 26:10 36:5
36:19 39:3,5
**schedule** 23:19
25:7,8,9 27:9
**scheduler** 25:8
**schedules** 25:10
**screen** 9:22 11:13
**scribbled** 31:18
**seal** 43:11
**second** 18:16 21:16
34:2
**see** 8:1,1 20:11
25:16 31:17 35:5
38:11
**seen** 15:23 29:8
31:15 35:21
**self-evident** 26:15
**send** 10:19 11:24
**sends** 11:22
**sent** 33:4,6,7,7
45:1
**served** 46:14
**service** 15:7
**services** 27:24
**set** 12:10 13:22
14:11,12 23:23
24:3 38:20
**sets** 13:24
**setting** 38:19
**setup** 13:23
**Shah** 2:12
**shake** 5:5
**Shawn** 14:7,8
**sheet** 40:16
**Shorthand** 1:17
2:16 44:12
**showing** 15:18
30:14
**shown** 46:15
**shows** 12:1
**Sickles** 2:8 7:19
13:13 22:4,9
23:12 27:12 34:1
36:25 37:13,22
38:9,17 40:12,22
41:1,2,9
**side** 21:11

**signal** 26:17 36:11
**signature** 3:13
  42:1,20 45:2,4
  46:8
**sit** 40:3
**situation** 19:7
**skip** 19:18,24 20:9
**Skipping** 25:19
**slew** 21:9
**slow** 5:3
**Small** 7:13
**so-and-so** 39:9
**software** 9:10,16
  9:20 17:3
**sorry** 4:9 7:16,17
  11:18 13:6 20:22
  25:8 29:13 33:5
  37:23
**sort** 21:5
**specific** 8:21
  12:16 24:7
**spoke** 22:7,12
**spoken** 22:16
**stamped** 15:12 30:7
**stand** 6:4
**standard** 19:6
**start** 4:5 5:13,15
  14:12 15:10
**started** 13:3
**starting** 27:9
**starts** 24:17 25:3
**State** 1:17 2:17
  43:1,15 44:13
**statements** 5:9
**STATES** 1:1 44:1
**stenograph** 44:17
**step** 8:18
**stop** 5:3
**strategies** 6:11
  9:19
**strict** 8:8
**strictly** 7:14,18
**strike** 8:19 10:18
  24:10
**styled** 1:15
**subject** 27:10
**subscribed** 43:8
**sued** 29:17,25
**Suite** 2:4 45:12
  46:21
**sum** 27:5 39:15
**superior** 28:1,3
**Support** 45:11
  46:20
**sure** 12:24 24:24
  28:21 31:25
  32:17 33:16 34:3
  35:13 37:15

38:10
**sworn** 4:2 44:18
**system** 10:4 13:22
  13:22 21:11
  38:15
**systems** 6:12

**T**
**take** 5:8 10:9,17
  11:24 12:6,14,15
  12:18 30:16
**taken** 1:16 4:13
  44:16
**talking** 19:11
  33:14
**TCPA** 28:10,14,23
  29:6,11,17 30:1
**TCPA's** 29:3
**telephone** 2:2 5:2
  9:3 12:3 28:6
  31:21
**TELEPHONIC** 1:8
  44:9
**tell** 6:17 7:9 9:10
  13:15 16:7 18:22
  19:1 22:22 24:8
  24:11 27:17
  30:16 40:4,17
  41:4 44:18
**tells** 13:21
**Ten** 14:22
**terms** 9:11 36:24
**testified** 4:2
**testimony** 40:15
**Texas** 1:14,17 2:13
  2:17 5:21,22
  43:1,16 44:13
  45:12 46:22
**Thank** 5:22 7:2,9
  20:8 27:14 30:9
  30:13 32:6 33:25
  36:22 40:1,10
  41:7,10
**Thanks** 17:8
**therefor** 46:9
**thereof** 45:6
**thing** 5:4,6 10:7
  13:12 36:20
**things** 21:2,9 33:4
  33:6,7
**think** 13:3 26:8
  27:2 40:2,10
**thinking** 31:18
**third** 18:16 19:25
**third-party** 7:11
**thought** 23:17
**three** 6:4,19 39:16
  39:19

**time** 8:3 11:17
  16:2,11 17:19
  20:10 29:9,21,25
  44:16,23
**times** 4:16 29:19
  29:23
**title** 5:25 14:2
**today** 4:22 5:11
  31:15
**top** 9:5 17:10 31:9
  32:23 40:4
**total** 7:7 11:19
**transcribed** 40:13
  40:19
**transcribing** 40:23
**transcript** 30:22
  30:23 31:1 33:15
  34:9,15 44:14
  45:1 46:2,4,12
**transfer** 20:13
  26:11
**Traslavina** 1:16
  2:16 44:12 45:10
  46:19
**trial** 46:7
**true** 42:20 44:14
**truth** 44:18,19,19
**truthfully** 4:23
**try** 5:4 13:1 23:21
**trying** 38:10
**turn** 13:11 34:8
**two** 5:7 9:25 13:5
  15:11 31:7 35:20
  35:24
**two-page** 36:3
**TX** 1:19 45:10
  46:19
**type** 10:7 11:11
  36:6 39:12,23
**types** 7:12 8:1
  10:9 39:1,16
  40:4
**typewriting** 44:20
**typical** 9:22
**typically** 9:21
  10:14 11:24
  14:23

**U**
**U.S** 45:11 46:20
**uh-huh** 5:6
**underneath** 17:22
**understand** 4:24
  5:7 8:16 11:14
  12:15 16:13 21:4
  24:9 25:10 33:17
  35:13
**understanding** 7:23

11:6 21:10 22:6
  22:19 23:17 24:2
  24:11 27:6 34:14
  36:6 37:10 38:6
  38:22 39:16
**UNITED** 1:1 44:1
**use** 8:2 9:12,13
  35:4 46:7
**uses** 9:10 11:5,9
  19:6
**utilizing** 11:3

**V**
**verify** 21:9 31:4
**vice** 6:6,7,21
  27:20,22
**view** 11:13
**violating** 29:11
**violation** 29:17
**violations** 28:23
**Voice** 20:19,20,23
**volumes** 7:25
**VS** 1:4 44:4

**W**
**waive** 40:16,18
**want** 11:8 12:2,16
  13:20,25 16:14
  23:1 26:25 34:1
  37:16 38:4,10
  40:18
**wasn't** 26:5
**way** 23:21
**we'll** 9:8 15:12
  24:17
**we're** 5:1 15:18
  25:2 35:11
**we've** 29:15 33:19
**Witness** 1:13 2:15
  40:21 42:1 44:16
  44:17 45:2,4
**Witness'** 45:5
**wondering** 11:18
**word** 8:16 17:10
**words** 34:9
**work** 7:3 9:23
  11:16 12:1 13:10
**working** 11:9
**works** 13:4,17
  37:12
**writer** 16:19,20
  17:4
**written** 29:4,6

**X**
**X** 3:1

**Y**

**Yeah** 32:4
**year** 5:18 30:3
**years** 4:16,18 6:19
  7:1,8 28:18
**York** 19:12

---

**Z**

---

**0**

**001** 30:7

---

**1**

**1** 3:10 15:12,15,19
  32:9,13 34:25
  36:3 40:4
**10** 15:3 28:20 38:5
**10/16/2013** 25:16
**100** 45:12 46:21
**11** 15:12
**11th** 20:10
**12** 15:12
**12/31/15** 45:10
  46:20
**12:56** 20:11
**12:58** 1:20
**13355** 1:18
**13th** 25:15
**15** 3:10 7:1
**16th** 25:15
**1959** 5:19

---

**2**

**2** 3:3,10 30:10,11
  30:15 33:15 34:8
  35:5,14 39:11
**2:12** 1:20 41:11
**2013** 8:4 25:15
**2014** 1:10,20 42:1
  43:12 44:10,17
  45:7 46:16
**20803** 2:4
**214)741-6001** 45:13
  46:22
**21st** 1:19
**2525** 2:9
**26th** 5:17
**27** 1:10 42:1 44:10
  44:17
**27th** 1:19

---

**3**

**3** 37:5,6,19 38:13
  38:14
**3:31-CV-01530-...**
  1:4 44:4
**3:51** 25:16
**30** 3:10 4:16 45:5

**302** 2:4
**305)358-7747** 2:10
**305)577-1063** 2:11
**32** 7:8
**33134** 2:10
**33180** 2:5
**343** 45:11 46:21
**386)627-6448** 9:3

---

**4**

**4** 3:6
**4/8/2013** 18:15
**400,000** 37:5,6,20
  38:14,14
**42** 3:13
**44** 3:13
**4575** 45:10 46:19
**4th** 2:9

---

**5**

**50** 15:5
**5910** 45:12 46:21

---

**6**

**6448** 9:8 21:18
  22:7 26:20 31:22
  32:15 33:10,22
  34:19 35:21,24
  36:4
**66** 11:20

---

**7**

**7:40** 18:16
**75206** 45:12 46:22
**75240** 1:19

---

**8**

**8/19/2013** 20:11

---

**9**

**954)454-5841** 2:5
**954)454-5844** 2:6