# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                                                 Case No: 3:13-cv-933-J-32MCR

MARKONE FINANCIAL, LLC,

    Defendant.

_____

KRISTIN ORR, individually,

    Plaintiff,

v.                                                 Case No: 3:13-cv-1530-J-32MCR

CREDIT PROTECTION
ASSOCIATION, L.P., a foreign limited
partnership,

    Defendant.

_____

## **O R D E R**

Defendants in these cases filed motions to stay (3:13-cv-933 Doc. 87; 3:13-cv-1530 Doc. 14) and Plaintiffs responded (3:13-cv-933 Doc. 88, 92; 3:13-cv-1530 Doc. 15). Mark One also filed a reply. (3:13-cv-933 Doc. 100).

Also pending is MarkOne's motion to strike Plaintiff's expert's testimony and certain other evidence (Doc. 49), to which Smith responded (Doc. 60), and Mark One replied (Doc. 71). Mark One subsequently withdrew the motion to strike as it pertains to MetroPCS records. (Doc. 89).

Defendants have filed motions for summary judgment (3:13-cv-933 Doc. 68; 3:13-cv-1530 Doc. 25). Orr filed a motion for partial summary judgment (3:13-cv-1530 Doc. 24). Smith also filed a motion for partial summary judgment. (Doc. 98). After being instructed that the filing was late (Doc. 99), Smith filed a motion for leave to file a motion for partial summary judgment (Doc. 101), which Mark One opposed (Doc. 102). To ensure that the parties have fully briefed whether Defendant used a dialer system covered by the TCPA, Smith's motion, though late, will be permitted.

Upon consideration, it is hereby

**ORDERED:**

1. Defendant's Motions to Stay (3:13-cv-933 Doc. 87; 3:13-cv-1530 Doc. 14) are **DENIED**.

2. These cases are set for a hearing on all pending motions on **January 27, 2015** at **9:30 a.m.** in Jacksonville Courtroom 10D.[1]

3. Mark One's Motion for Leave to File Reply (Doc. 109) is **GRANTED**. Mark One has until **December 3, 2014** to file a reply not to exceed five pages.

4. Smith's Motion for Leave to File Motion for Partial Summary Judgment (Doc. 101) is **GRANTED**. Smith may re-file its motion for summary judgment by **November 24, 2014**.

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

5. Mark One has until **December 11, 2014** to respond to Smith's motion for summary judgment.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Counsel of record