UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO. 3:13-cv-01530-TJC-MCR

KRISTIN ORR, individually,
    Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, L.P.,
a foreign limited partnership,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 9th day of April, 2015.

                                          BRET L. LUSSKIN, Esq.
                                          *Attorney for Plaintiff*
                                          20803 Biscayne Blvd., Ste 302
                                          Aventura, FL 33180
                                          Telephone: (954) 454-5841
                                          Facsimile: (954) 454-5844
                                          blusskin@lusskinlaw.com

                                          By: /s/ Bret L. Lusskin, Esq.
                                                Bret L. Lusskin, Esq.
                                                Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those

2

counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, FL 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069