UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTIN ORR, individually,

    Plaintiff,

v.                                              Case No.   3:13-cv-1530-J-32MCR

CREDIT PROTECTION
ASSOCIATION, L.P., a foreign limited
partnership,

    Defendant.

## O R D E R

Upon consideration of Plaintiff's Unopposed Motion for Voluntar[y] Dismissal with Prejudice (Doc. 34), it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion for Voluntar[y] Dismissal with Prejudice (Doc. 34) is **GRANTED**. This case is dismissed with prejudice, with each side to bear their own costs and attorneys' fees, except as otherwise agreed.

**DONE AND ORDERED** in Jacksonville, Florida the 11th day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Counsel of record